## No. 13,494.

IN THE MATTER OF THE ADJUDICATION OF WATER RIGHTS IN WATER DISTRICT No. 14, IRRIGATION DIVISION No. 2.

TOWN OF GREEN MOUNTAIN FALLS *v.* COLORADO SPRINGS.
(49 P. [2d] 1150)

Decided October 7, 1935.

Judgment affirmed in department without written opinion, Mr. Chief Justice Butler, Mr. Justice Hilliard and Mr. Justice Holland participating.

Mr. F. F. SCHREIBER, for plaintiff in error.

Mr. BEN S. WENDELKEN, Mr. WILLIS L. STRACHAN, for defendant in error.